UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

EYAD ISMOIL,

                         Plaintiff,

              -against-

UNITED STATES OF AMERICA,

                       Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

22-cv-10614 (LAK)

> USDS SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: __3/31/2026__

**ORDER**

Lewis A. Kaplan, *District Judge*.

       This case having been accepted as related to plaintiff's criminal case, 93-cr-0180 (LAK), and plaintiff's motion to amend (Dkt 2 in 22-cv-10614; Dkt 1056 in 93-cr-0180) having been denied (Dkt 1071 in 93-cr-0180), the Clerk is directed to terminate this action.

       SO ORDERED.

Dated:      March 31, 2026

                                               Lewis A. Kaplan
                                      United States District Judge